## Righter's Ferry Road.

Argued Dec. 3, 1901. Appeal, No. 261, Oct. T., 1900, by John H. Miller, from order of Q. S. Montgomery Co., Oct. T., 1900, No. 24, dismissing exceptions to report of jury of review vacating a portion of Righter's Ferry Road, and confirming their report, In re Vacation of a portion of Righter's Ferry Road in Lower Merion Township. Before RICE, P. J., BEAVER, OR-LADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY ORLADY, J., February 14, 1902:

For reasons given in a similar appeal to No. 262 of October term, 1901, filed herewith, the proceedings in this case are affirmed, and the appeal dismissed.